■ The People of the State of New York, Respondent, v David H. Williams, Appellant. [974 NYS2d 883]—Appeal from a judgment of the Ontario County Court (Thomas M. Van Strydonck, J.), rendered July 27, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree, criminally using drug paraphernalia in the second degree (two counts) and unlawful possession of marihuana.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Whalen, JJ.